**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **RAYMONE MONTGOMERY,** ) | |
| **ID # 92748-008,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:09-CV-2407-M-BH |
| ) | |
| **SAM DEITELBAUM, et al.,** ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED this 18th day of February, 2010.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS